

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Patrick Neal Hawthorne,                    * From the 259th District Court
                                             of Jones County
                                             Trial Court No. 011209.

Vs. No. 11-16-00359-CR                      * December 31, 2018

The State of Texas,                         * Memorandum Opinion by Wright, S.C.J.
                                             (Panel consists of: Bailey, C.J.,
                                             Gray, C.J., sitting by assignment,
                                             and Wright, S.C.J., sitting by
                                             assignment)
                                             (Willson, J., not participating)

        This court has inspected the record in this cause and concludes that there
is no error in the judgments below.  Therefore, in accordance with this court's
opinion, the judgments of the trial court are in all things affirmed.